IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FREDERICO RAMSEY,              )
                               )
     Petitioner,               )
                               )     CIVIL ACTION NO.
     v.                        )       2:23cv627-MHT
                               )            (WO)
UNITED STATES OF AMERICA,      )
                               )
     Respondent.               )
```

## OPINION

Petitioner, a prisoner at Maxwell Federal Prison Camp, initiated this case by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241.  The United States Magistrate Judge properly construed the petition as a motion to vacate petitioner's conviction pursuant to 28 U.S.C. § 2255.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the construed § 2255 motion be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

Case 2:23-cv-00627-MHT-CWB   Document 3   Filed 11/29/23   Page 2 of 2

An appropriate judgment will be entered.

DONE, this the 29th day of November, 2023.

                                          /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**