IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FREDERICO RAMSEY,              )
                               )
    Petitioner,                )
                               )    CIVIL ACTION NO.
    v.                         )     2:23cv627-MHT
                               )          (WO)
UNITED STATES OF AMERICA,      )
                               )
    Respondent.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 2) is adopted.

(2) The 28 U.S.C. § 2255 motion (Doc. 1) is dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of November, 2023.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**